IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

| | |
|---|---|
| Caitlin V. Neal,<br><br>      Plaintiff,<br><br>v.<br><br>Operator of the Digital Properties Set Forth in Exhibit 1,<br><br>      Defendant. | Case No: 2:24-cv-00263 |

## COMPLAINT EXHIBIT INDEX

Exhibit 1: Screenshots and Information About Defendant, Defendant's Products, the Point-of-Sale Site, and Defendant's Socials (Filed as a Separate Docket Entry Under Seal)

Exhibit 2: Screenshots of WHOIS.com Records for Defendant's Domains (Filed as a Separate Docket Entry Under Seal)

Exhibit 3: Screenshots of Plaintiff's YouTube Channel

Exhibit 4: Screenshots of Plaintiff's Instagram Page, Facebook Page, TikTok Page, and X Account

Exhibit 5: Screenshots Evidencing Plaintiff's Participation in Reality Show

Exhibit 6: Screenshots of Infringing Ads (Filed as a Separate Docket Entry Under Seal)