# Exhibit 3









