# Exhibit 4







