# Exhibit 5







