AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| Caitlin V. Neal | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-CV-00263 |
| Operator of the Digital Properties Set Forth in Exhibit 1 | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF CAITLIN V. NEAL.

Date: 07/31/2024

/S/ ILYA G. ZLATKIN
*Attorney's signature*

ILYA G. ZLATKIN (BAR NO. 37269-45)
*Printed name and bar number*

4245 N. KNOX AVE.
CHICAGO IL 60641
*Address*

ILYA@ZCE.LAW
*E-mail address*

(312) 809-8022
*Telephone number*

(312) 809-6918
*FAX number*