UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

Caitlin V Neal

        Plaintiff,

v.   Case No.: 2:24−cv−00263−GSL−AZ

Judge Gretchen S Lund

Operator of the Digital Properties Set Forth in Exhibit 1

        Defendant.

## NOTICE

A review of the Court's records indicates that service of process has NOT been accomplished as to Operator of the Digital Properties Set Forth in Exhibit 1.

A failure to have process issued and service made within ninety (90) days from the filing of the complaint shall, in the discretion of the court, be sufficient to warrant dismissal of the action, without prejudice, for failure to complete process pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

According to our calculations, the time limitation for service of process has now elapsed. If no action is taken by November 21, 2024, the matter will be brought to the attention of the Court.

Date:  November 6, 2024   CHANDA J. BERTA
                                                CLERK OF COURT

                                                By:  s/  Sara Kowalsky
                                                      Deputy Clerk