**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION**

| | |
|---|---|
| Caitlin V. Neal,<br><br>                Plaintiff,<br><br>v.<br><br>Operators of the Digital Properties Set Forth in Exhibit 1,<br><br>                Defendants. | Case No: 2:24-cv-00263-GSL-AZ<br><br>Dist. Judge Gretchen S. Lund<br><br>Mag. Judge Abizer Zanzi |

**EXHIBIT INDEX TO FIRST AMENDED COMPLAINT**

Exhibit 1: Screenshots and Information About Defendants, Defendants' Products, the Point-of-Sale Sites, and Defendants' Socials (Filed as a Separate Docket Entry Under Seal)

Exhibit 2: Screenshots of WHOIS.com Records for Defendants' Domains (Filed as a Separate Docket Entry Under Seal)

Exhibit 3: Screenshots of Plaintiff's YouTube Channel

Exhibit 4: Screenshots of Plaintiff's Instagram Page, Facebook Page, TikTok Page, and X Account

Exhibit 5: Screenshots Evidencing Plaintiff's Participation in Reality Show and Feature in Cover Story

Exhibit 6: Screenshots of Infringing Ads (Filed as a Separate Docket Entry Under Seal)