# Exhibit 5















SEXUAL HEALTH COVER FEATURE

**SEXUAL HEALTH MAGAZINE:** *What inspired you to become a sex and relationship coach?*

**CAITLIN V:** Even at the age of 14 or 15, I knew that I was going to go into the field of sexuality. I was such a little sex nerd. I'd get home from experiencing one of my first sexual adventures with my high school boyfriend, and I'd write it down. I had coded notes inside of my high school planner. I also was the girl that everybody went to with their sex questions. A friend had put Icy Hot on his balls, and he called my family's house line at night to say, "It's burning. What do I do?" I was like, "I don't know, man. Isn't your dad a doctor? Why are you calling me?" I was the one who would accompany my friends if they had to take a pregnancy test in the Burger King bathroom. I was in there with them, holding their hand. So, this comes to me very naturally. I've never wanted to do anything else with my life.

Meanwhile, my parents really wanted me to go to college and get a degree. I didn't come from a background where my family had a lot of access to higher education opportunities, so that was important to them. After finishing my undergraduate studies, I got my master's in public health from Indiana University, which is home to the Kinsey Institute. I worked for the Center for Sexual Health Promotion, doing studies on women who have sex with women and men. I was part of the team that did the core orgasm research with people who have orgasms while they exercise, most notably while exercising their core. I was very fortunate that I went into this field and started my career in hard sciences.

The whole time, I also worked as a peer sex educator. When I got into my doctoral program in public health, I was working at night doing sex-ed groups with unhoused youth and LGBTQ+ youth, and with nonmonogamous and polyamorous communities. Even though I succeeded as a grad student, researcher and professional scientist, I didn't love being in the lab, crunching numbers and publishing papers. I loved attending the groups at night, and hearing about how the advice and information I shared with them positively impacted their lives. So I decided to leave my doctoral program because I wanted more one-on-one interaction with folks.

Eventually, I started my coaching company and was invited to jump on a friend's YouTube

channel. He had a quarter million subscribers then, and we did a video about squirting. It turns out that female ejaculation is one of the internet's all-time favorite subjects! That video went viral back in 2015, and I was encouraged to start my own YouTube channel. This gave me a chance to do what I was doing in those small groups, but now I could take it to the masses. We have over 800,000 subscribers now and 140 million views. I've always said my mission in life is to get positive sex education out to as many people as possible. That was the challenge I embraced in graduate school. We would publish papers, but they stayed at the academic level. I wanted to reach the average person who needed it.

**SEXUAL HEALTH:** *How has your focus on sexual wellness evolved and grown?*

**CAITLIN V:** As a researcher, I was focused primarily on women like me, bisexual women. I was working with queer youth. But when I got onto YouTube, the majority of the audience on YouTube was men, especially since I started talking about squirting. The average YouTube user is also a man, whereas Facebook and Instagram have a more female audience. So I've targeted my YouTube channel at men, which I never thought would be the case for me. I also immediately started getting coaching clients who were dealing with performance anxiety. Most of the time, it manifests as premature ejaculation. All of a sudden, I had literally thousands of men coming to me, asking for help.





SEXUAL HEALTH COVER FEATURE

This wasn't an area I had much professional experience with as a researcher, but I decided to take it on and use the tools I had from research. What I found at the time was that the research that was available on premature ejaculation just wasn't that rich. In terms of peer-reviewed research, there wasn't that much out there. I don't think that there's much funding on premature ejaculation as compared to, say, erectile dysfunction, where there's a pharmaceutical aspect; a lot of money goes into it. Each of my clients was like a miniature study for me. I would find one thing that worked for one guy and try it on another. I kept and compared notes to see what worked for who and how.

**SEXUAL HEALTH:** *What are some of the most common issues for couples and individuals seeking coaching sessions?*

**CAITLIN V:** Erectile dysfunction, delayed ejaculation — which is actually on the rise — and men who are not able to reach orgasm when they're having sex with a partner. For couples,

24 SEXUAL HEALTH MAGAZINE // FALL 2024

there's mismatched libidos, which I think is often just a lack of information on how our eroticism works as individuals. I think a lot of folks have such limited examples of what sex can be that it's as if we're speaking different languages. There's a lot more overlap in the middle than people realize, once they're given the tools, the skills and the information to have a deep exploration of their eroticism together. It comes down to owning that we are sexual beings, clearing out the beliefs that have been given to us by others and by our culture, and allowing our bodies to enjoy what they were built for: being in a state of pleasure, eroticism, erotic power and orgasm.

**SEXUAL HEALTH:** *What advice would you give to someone struggling with sexual confidence?*

**CAITLIN V:** "You're not alone." I try to normalize whatever someone is going through. When they first come to me, many of my clients think I've probably never dealt with an issue like

theirs, but whatever you're struggling with, even if you think it is unique to you, we can all relate.

The difficulty is that it's an area we are not encouraged to share vulnerably about, so many people suffer in silence and alone. Plus, most of us grew up inside a culture, family or social structure that doesn't fill us with sexual confidence and doesn't give us high-quality, pleasure-centric sexual health education. Instead, so much of sexual health education is focused on things that we want to avoid, such as sexually transmitted infections and pregnancy. That's like teaching driver's ed, but focusing only on car crashes.

**SEXUAL HEALTH:** *What do you think is the most prominent misconception people have about sex/pleasure?*

**CAITLIN V:** That it should just work naturally. Sure, if you strip away culture and family and shame and organized religion, then maybe sex would totally work naturally. But we layer on so many things that get in the way of our ability to experience our bodies naturally. Or we believe it will work if we are in love — somehow that will make it feel

> " WE DEVELOPED THE CONCEPT OF PUTTING CAMERAS IN FOLKS' BEDROOMS FOR THE SHOW — I HAD NO IDEA HOW POWERFUL THAT COMPONENT OF THE SHOW WOULD BE."



good, and we'll understand everything.

We treat sex like something that we shouldn't have to learn about. Many people learn about sex through movies and television and porn and their peers as they're growing up. They don't add any additional education or seek professional help like coaching. It's not wrong to educate ourselves on these things; it doesn't have to be complicated or expensive. It doesn't have to be emotionally taxing or burden our relationship. It can be a place for expansion, joy, pleasure and creativity that we don't generally permit ourselves to access. When we learn what our body needs, we can enjoy and share a lot of pleasure.

## "WHEN WE LEARN WHAT OUR BODY NEEDS, WE CAN ENJOY AND SHARE A LOT OF PLEASURE."

**SEXUAL HEALTH:** Discuss your coaching on "Good Sex." How did your work become the focus of a TV show?

**CAITLIN V:** The production company had a vision for a show that could speak to the real sex lives of Americans today behind closed doors. They found me on YouTube, and we collaborated to create the concept for "Good Sex" and pitched the show. Discovery Plus picked it up, and now it's also on Max. We developed the concept of putting cameras in folks' bedrooms for the show. Initially, I had no idea how powerful that component of the show would be.

They say a picture is worth a thousand words, so a video is worth a million. It is so difficult to describe a sex act. For instance, one of the research studies that I was involved with in graduate school was trying to determine the moment of transmission of an STI during a sex encounter. We would ask people to

tell us about a recent sexual encounter, step by step — but one of the beautiful things about sex is that we're typically so present in the moment that we're not logging memories in that way, so when trying to describe it to a researcher, it's next to impossible. And when I ask my clients questions, they do their best to describe what's going on between them in the bedroom, but we all have a different way of conceptualizing what it means.

So, when I got the video footage, I knew immediately how powerful this would be because, in a few sessions, I could give my clients specific and nuanced feedback, homework, advice and information that could change things rapidly for them. Because I had all of the information through the footage that they would never have been able to give me verbally.

**SEXUAL HEALTH:** What are some of the pleasure products that you would recommend as essential?

**CAITLIN V:** One of my all-time favorite pleasure products is the blindfold. We tend to think that sex is "I'm touching you, you're touching me." Maybe there's like a little oral sex exchange, but there's not a ton of one-way giving and receiving. The blindfold can create a scenario in which one person is simply receiving, and one person is simply giving. The other thing about a blindfold is that it invites folks to slow down. One of the most incredible things about slowing down and exploring our whole body as an erotic instrument is that we find ways that we might be able to arouse, entice and excite the body that are not



SEXUAL HEALTH **COVER FEATURE**

These are the things that create intimacy and closeness; if you're only looking at sex to do that, then you're unfairly burdening your partner.

Give yourself permission to practice, and to be a "beginner" when it comes to your body today and your lover's body today. We change all the time. We are different all the time. The more that we're able to allow the person in front of us to be a fresh human being every day, the more erotic potential exists in the relationships.

> "I RECOMMEND THAT EACH PERSON IN A COUPLE REMEMBER THAT, EVEN WHILE ENGAGED IN AN EROTIC RELATIONSHIP WITH ANOTHER PERSON, THEY ARE STILL ALSO AN INDIVIDUAL EROTIC BEING."

genitals-focused.

I also recommend sensory objects, things that feel good on the skin. It can be faux fur, chains or impact-play items. There's no limit to it — it can be a fork. You can find things around your home that create sensation on the body.

I recommend strokers, especially to my clients experiencing premature ejaculation. I suggest that they practice with strokers to develop an ability to delay ejaculation for longer when they're with their partner. And for people with vaginas, I recommend products that stimulate the clitoris.

**SEXUAL HEALTH:** *What are some simple strategies for couples to keep their sex life fun and exciting?*

**CAITLIN V:** I recommend that each person in a couple remember that even though they are engaged in an erotic relationship with another person, they are still also an individual erotic being. Everyone needs to take care of their own erotic self. That can mean self-pleasure, but it can also mean seeking out things that turn you on, and just being open to being aroused. Our general openness to pleasure is an excellent indication, like when you are eating a great piece of cake or watching a beautiful sunset.

We also have to consider how you are keeping your relationship spicy outside of the bedroom. Are you going on adventures and doing new things together? Are you working as a team to overcome challenges and obstacles?

**SEXUAL HEALTH:** *Tell us more about Team V's one-on-one sex coaching. How does it work, why is it convenient, what kind of support is offered?*

**CAITLIN V:** Because of my YouTube channel and because of the show "Good Sex," a lot of people hear about sex coaching for the first time through me. But I knew from the moment I started doing a show on a major channel that I couldn't serve every person who would come to me for coaching. So I assembled a team of six certified coaches whom I trust, and depending on the issue, challenge, or goal that someone has, I send each client to the right specialist. If a couple comes to me because they're dealing with a sexless marriage and they're an older couple, I have a person who specializes in



SEXUAL HEALTH COVER FEATURE

"GIVE YOURSELF PERMISSION TO PRACTICE, AND TO BE A 'BEGINNER' WHEN IT COMES TO YOUR BODY."

exactly that. If a man is coming to me with erectile dysfunction and feels most comfortable talking to another man about that, I have someone for that.

I still work personally with a handful of clients every year, but having the privilege of this massive platform, of this TV show and almost a million subscribers on YouTube, allows me to capture those people and then send them to folks who can help them while still running my business, still pursuing other media opportunities, working on the courses and the things that I want to create that can serve a lot of people.

I also want all of my success in the coaching industry to pave the way for other people to be successful, because there can never be enough sex coaches out there. There are enough clients for everyone to have all of our books filled until the day we retire. I want my legacy to be that I uplifted other professionals in my field and created content that changed the lives of those who accessed it.

**SEXUAL HEALTH:** *What is your favorite part about being a sex and relationship coach?*

**CAITLIN V:** I love knowing that something I said or did on the internet made a difference for somebody. I love when they send me DMs, comment on YouTube videos or send me an email to say, "Caitlin, I tried what you said with my partner, thank you so much!" Or "You gave me the confidence to approach someone, and now we're dating." I found out recently that one of my coaches helped a couple have a baby.

**SEXUAL HEALTH:** *Discuss the available on-demand courses. What are the most popular topics?*

**CAITLIN V:** We offer nine on-demand courses that are low-cost ways to get high-quality information into the hands of

people who maybe don't want to do coaching, aren't ready or can't afford coaching. The most popular one is also the oldest one, about premature ejaculation. We have one on sex tips and techniques. We just launched our anal massage and anal play course last week. I was so proud of that one. Mainly because I had a significant consent violation with my anus back when I was in my early 20s. It took me many years to reclaim any pleasure around anal play and so I'm very excited to be able to share all the things that I have learned. That one is maybe the most profoundly personal course for me because it is the most hard-earned.

**SEXUAL HEALTH:** *What projects or goals are in the pipeline that you're excited about?*

**CAITLIN V:** There is a lot of exciting stuff! I'm up for a big media project that I believe will go forward later this year, which will allow me to express myself in a new format and

medium. I'm also working on a book proposal, because I want to get what I put in these courses into an even cheaper format that's easier to develop.

The other thing that I can share that I'm most excited to talk about is training coaches, both on what I've learned in sex-coaching men and also on being successful in business, because there are so many people who work as sex educators, coaches and in adjacent fields who are struggling to make a living. What we do is so critical, and I want to see more people be able to make sex coaching their full-time job. ∎