IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

| | |
|---|---|
| Caitlin V. Neal,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Operators of the Digital Properties Set Forth in Exhibit 1,<br><br>　　　　　　　Defendants. | Case No: 2:24-cv-00263-GSL-AZ<br><br>Dist. Judge Gretchen S. Lund<br><br>Mag. Judge Abizer Zanzi |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

**NOW COMES** Plaintiff Caitlin V. Neal ("Plaintiff"), by and through Plaintiff's undersigned counsel, and hereby requests (1) entry of an *ex parte* temporary restraining order, including an injunction against Defendants to enjoin the unauthorized use of protectable aspects of Plaintiff's personality and identity for purposes of advertising and promoting the sale and distribution of Defendants' products, (2) imposition of a temporary asset restraint to ensure availability of equitable relief, and (3) expedited discovery in an action arising out of 15 U.S.C. § 1125(a) and related Indiana law. A Memorandum of Law in Support and incorporated declarations of the Plaintiff and Plaintiff's counsel are filed concurrently with this Motion.

Dated: November 8, 2024

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Ilya G. Zlatkin
　　　　　　　　　　　　　　　　　　　　　　Zlatkin Cann Entertainment
　　　　　　　　　　　　　　　　　　　　　　4245 N. Knox Ave.
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60641
　　　　　　　　　　　　　　　　　　　　　　ilya@zce.law
　　　　　　　　　　　　　　　　　　　　　　Ph.  (312) 809-8022

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Caitlin V. Neal*