**UNITED STATES DISTRICT COURT**
**FOR THE USDC Northern Indiana**
**HAMMOND DIVISION**

Caitlin V Neal

                Plaintiff,

v.                            Case No.: 2:24−cv−00263−GSL−AZ

                          Judge Gretchen S Lund

Operators of the Digital Properties Set
Forth in Exhibit 1, et al.

                Defendant.

## **NOTICE**

Local Rule 41−1 of this court provides that:

The court may dismiss a civil case with judgment for costs if: **(a)** no activity has occurred in the case for six months; **(b)** the court or clerk has notified the parties that the case will be dismissed for failure to prosecute it; and **(c)** at least 28 days have passed since the notice was given.

Pursuant to this rule, you are hereby notified that this cause of action will be dismissed on August 21, 2025, which is thirty (30) days from the date of this notice, unless prior to that date you make a filing with the court explaining why you have not taken any action against the defendants in this case and further that your explanation shows the court that there is good cause for your failure to take action. You will receive, by return mail, a copy of the court's ruling in this matter, which could be a dismissal of your case.

Date:  July 22, 2025                          CHANDA J. BERTA
                                                  CLERK OF COURT

                                                  By:  s/  Sara Kowalsky
                                                        Deputy Clerk