UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CAITLIN V NEAL, <br><br> Plaintiff, <br><br> v. <br><br> OPERATORS OF THE DIGITAL PROPERTIES SET FORTH IN EXHIBIT 1, <br><br> Defendant. | Case No. 2:24-CV-263-GSL-AZ |

## ORDER

On September 11, 2025, Plaintiff filed a Motion for Leave to File Renewed Motion for TRO. [DE 28]. In it, Plaintiff states "Plaintiff sought reconsideration of the denial of the TRO [DE 22], which the Court also denied, making clear that the denial was without prejudice." That remains true. The Court denied Plaintiff's TRO without prejudice; nowhere did the Court order Plaintiff to seek leave before requesting again. For this reason, Plaintiff remains permitted to file a TRO, which this Court will review the merits of.

SO ORDERED.

ENTERED: October 6, 2025

/s/ GRETCHEN S. LUND
Judge
United States District Court