**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION**

| | |
|---|---|
| Caitlin V. Neal,<br><br>Plaintiff,<br><br>v.<br><br>Operators of the Digital Properties Set Forth in Exhibit 1,<br><br>Defendants. | Case No: 2:24-cv-00263-GSL-AZ<br><br>Dist. Judge Gretchen S. Lund<br><br>Mag. Judge Abizer Zanzi |

**<u>Declaration of Ilya G. Zlatkin in Support of Request for Clerk's Entry of Default</u>**

I, Ilya G. Zlatkin, declare as follows:

1. I am an attorney admitted to practice before this Court and am counsel for Plaintiff Caitlin V. Neal ("Plaintiff") in this action. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, could and would competently testify to them.

2. Plaintiff filed her First Amended Complaint ("FAC") on November 6, 2024, asserting claims against the Operators of the Digital Properties Set Forth in Exhibit 1 ("Defendants") for false endorsement under the Lanham Act (15 U.S.C. § 1125(a)(1)(A)) and for violation of the Indiana Right of Publicity Statute (Ind. Code 32-36-1-0.2 *et seq*.). [DE 9].

3. On or around November 13, 2024, the Court entered an Order authorizing service of process on Defendants by electronic means under Federal Rule of Civil Procedure 4(f)(3) ("Electronic Service Order"). [DE 18].

4. On May 8, 2026, in accordance with the Electronic Service Order, I served Defendants by (a) electronically publishing the FAC, the Summons, and the Electronic Service Order on the website located at https://zce.law/neal-v-operators-of-the-digital-properties-set-forth-in-exhibit-1/, and (b) emailing those documents, together with a link to that website, to the

Defendants' email addresses identified in Exhibit A to my Declaration of Service. [DE 31; DE 31-1; DE 31-2].

5. The Summons directed each Defendant to serve an answer to the FAC, or a motion under Rule 12, within twenty-one (21) days after service. [DE 31]. Twenty-one (21) days after May 8, 2026 was May 29, 2026.

6. More than twenty-one (21) days have passed since service was completed. As of the date of this Declaration, no Defendant has answered the FAC, filed a motion under Rule 12, entered an appearance, or otherwise defended against this action. No Defendant has requested or been granted any extension of time to respond.

7. Defendants are business entities and are not natural persons. Accordingly, no Defendant is an infant or an incompetent person, and no Defendant is a person in the military service of the United States entitled to protection under the Servicemembers Civil Relief Act, 50 U.S.C. § 3931.

8. Because Defendants have failed to plead or otherwise defend within the time allowed, Plaintiff is entitled to entry of their default under Federal Rule of Civil Procedure 55(a), and I respectfully request that the Clerk enter the default of Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 8, 2026, in Lake County, Indiana.

/s/ *Ilya G. Zlatkin*
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law
Ph. (312) 809-8022

*Counsel for Plaintiff*