**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION**

| | |
|---|---|
| Caitlin V. Neal,<br><br>Plaintiff,<br><br>v.<br><br>Operators of the Digital Properties Set Forth in Exhibit 1,<br><br>Defendants. | Case No: 2:24-cv-00263-GSL-AZ<br><br>Dist. Judge Gretchen S. Lund<br><br>Mag. Judge Abizer Zanzi |

## Clerk's Entry of Default

It appears from the record and from the Declaration of Ilya G. Zlatkin filed in support of Plaintiff's Request for Clerk's Entry of Default that Defendants, the Operators of the Digital Properties Set Forth in Exhibit 1, were served with the Summons and First Amended Complaint on May 8, 2026 pursuant to the Court's Order of November 13, 2024 authorizing electronic service [DE 18], and that Defendants have failed to plead or otherwise defend within the time allowed by law.

Accordingly, the default of Defendants is hereby ENTERED under Federal Rule of Civil Procedure 55(a).

Dated: ____________________

AMBER E. CRAIG

Clerk of Court

By: ____________________

Deputy Clerk