**UNITED STATES DISTRICT COURT**
**FOR THE USDC Northern Indiana**
**HAMMOND DIVISION**

Caitlin V Neal

Plaintiff,

v.

Case No.:
2:24−cv−00263−GSL−AZ
Judge Gretchen S Lund

Operators of the Digital Properties Set Forth in Exhibit 1, et al.

Defendant.

---

# CLERK'S ENTRY OF DEFAULT

Default is hereby entered against defendant(s)

Operators of the Digital Properties Set Forth in Exhibit 1 ,

for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure 55(a).

Date: November 9, 2026

Sincerely,

CHANDA J. BERTA
CLERK OF COURT

By: s/ Samuel E Jarrell
Deputy Clerk